UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TYRONE DILLS,

                 Plaintiff,

   -against-

NEW HOPE URBAN RENEWAL LIMITED
PARTNERSHIP and THE COMMUNITY
BUILDERS, INC.,

                 Defendants.

------------------------------------x

Index No.: 07 CV 10298

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER

IT IS STIPULATED AND AGREED, subject to the approval of the Court, that defendants NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP and THE COMMUNITY BUILDERS, INC.'s time to answer the complaint is extended to December 21, 2007, and it is further

STIPULATED AND AGREED, that defendants NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP and THE COMMUNITY BUILDERS, INC.'s waive any defense for defective service of process.

Dated: New York, New York
       December 10, 2007

ASHER & ASSOCIATES, P.C.

_____
Roberta D. Asher, Esq.
Attorneys for Plaintiff
111 John Street
Suite 1200
New York, New York 10038
T: (212) 227-5000

LESTER SCHWAB KATZ & DWYER, LLP

_____
Rosemarie P. Boyd (RPB-898)
Attorneys for Defendants
NEW HOPE URBAN RENEWAL LIMITED PARTNER-
SHIP and THE COMMUNITY BUILDERS, INC.
120 Broadway
New York, New York 10271
(212) 964-6611

So Ordered:

_____
Hon. Loretta A. Preska
December 13, 2007

LESTER SCHWAB KATZ & DWYER, LLP

December 12, 2007
Page 2

cc:

Roberta D. Asher, Esq.
Asher & Associates, P.C.
111 John Street
Suite 1200
New York, New York 10038