LSK&D #: / 961278

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TYRONE DILLS,

                                   Plaintiff,

              -against-

NEW HOPE URBAN RENEWAL LIMITED
PARTNERSHIP and THE COMMUNITY
BUILDERS, INC.,

                                 Defendants.
---------------------------------------------------------------x

**Index No.: 07 CV 10298**

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

      Pursuant to Fed. R. Civ. P. 7.1, NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP and THE COMMUNITY BUILDERS, INC., identify the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of defendants NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP and THE COMMUNITY BUILDERS, INC.'s stock: "None"

Dated:     New York, New York
             December 21, 2007

                                  Respectfully submitted,

                                  LESTER SCHWAB KATZ & DWYER, LLP

                                  _____
                                  Rosemarie P. Boyd (RPB-7698)
                                  Attorneys for Defendants
                                  NEW HOPE URBAN RENEWAL LIMITED
                                  PARTNERSHIP and THE COMMUNITY
                                  BUILDERS, INC.,
                                  120 Broadway
                                  New York, New York 10271
                                  (212) 964-6611

TO:

Robert D. Asher, Esq.
ASHER & ASSOCIATES, P.C.
Attorneys for Plaintiff
111 John Street
Suite 1200
New York, New York 10038
T: (212) 227-5000

## Declaration of Service

I served the annexed STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 by first-class mail on the following persons on December 21, 2007:

>Robert D. Asher, Esq.
>ASHER & ASSOCIATES, P.C.
>Attorneys for Plaintiff
>111 John Street
>Suite 1200
>New York, New York 10038

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2007.

_____
MARY LYNCH