# Asher & Associates, P.C.
### Attorneys at Law

Roberta D. Asher
Ryan H. Asher
Stacy N. Baden
Robert J. Poblete

111 John Street
Suite 1200
New York, New York 10038
www.asherlaw.com

Tel 212.227.5000
Fax 212.227.7117

Richmond County Address
711 Forest Avenue
Staten Island, NY 10310

Tel 718.720.1500
Fax 718.720.1921

BY FAX (212) 267-5916
And Regular Mail
February 22, 2008

Rosemarie Boyd, Esq.
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, New York 10271-0071

**Re: Tyrone Dills v. New Hope Urban Renewal LP, et al**
    07 CIV 10298 (LAP)

Dear Ms. Boyd:

Please be advised that the Court has scheduled a pretrial conference in the above case as follows:

  Date: February 27, 2008
  Time: 9:30 a.m.
  Place: Us District Ct /Southern District
         500 Pearl Street – Courtroom 12A
         New York, New York 10007

I am also enclosing herewith a copy of Judge Preska's Rules and Notice.

Please accept my apologies for this tardy notice as it appears that my e-mail address is not registered with the Court and I did not receive notification of this filing.

Kindly mark your calendar accordingly and have an attorney present.

Very truly yours,

Asher & Associates, P.C.

Roberta D. Asher
\RDA
Enclosures