UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                    Plaintiff,

**TYRONE DILLS**        **INDEX# 07 CV 10298**

--- AGAINST ---

**NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP, ET. ANO.**
                                                                                Defendant,

---

STATE OF NEW YORK)
                       )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 6th day of December, 2007, she served the Summons in a Civil Action and Complaint on THE COMMUNITY BUILDERS, INC., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                              MARIA SCHMITZ

Sworn before me this
6th day of December, 2007

WENDY J. HENDERSON
No. 01HE5031008
Notary Public - State of New York
Qualified in Albany County
Commission Expires July 25, 2010

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  200712070097                           Cash #:  200712070086
Date of Service:  12/06/2007                       Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE
   NOT-FOR-PROFIT CORPORATION LAW

Party Served:  THE COMMUNITY BUILDERS, INC.


Plaintiff/Petitioner:
         DILLS, TYRONE


Service of Process Address:
THE COMMUNITY BUILDERS, INC.
ATTN: GENERAL COUNSEL
95 BERKELEY STREET, STE. 500
BOSTON,  MA  02116-6240

                                                   Secretary of State
                                                     By   CAROL VOGT

