## UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TYRONE DILLS** | ) INDEX #: 07 CV 10298 <br> ) Filing Date: 11-13-2007 <br> ) <br> ) |
| **Plaintiff** <br> v. | ) AFFIDAVIT OF SERVICE <br> ) |
| **NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP and THE COMMUNITY BUILDERS, INC.** | ) **ATTY:** <br> ) ASHER & ASSOCIATES <br> ) 111 JOHN STREET, STE 1200 |
| **Defendants** | ) NEW YORK, NY 10038 |

STATE OF NEW YORK: COUNTY OF KINGS ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JANUARY 10, 2008 at 5:18 PM at 654 BERGEN AVENUE, JERSEY CITY, NJ 07304, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP therein named.

SUITABLE AGE: By delivering thereat a true copy of each to LISA STEWART, PROPERTY MANAGER a person of suitable age and discretion. Said premises is intended Recipient's ACTUAL PLACE OF BUSINESS within the state. He/She identified him/herself as the AUTHORIZED AGENT of the Recipient.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Female   Race/Skin: Black   Hair: Brown   Glasses: No   Approx. Age: 34   Height: 5'5"   Weight: 210 Distinguishing Features:

MAILING: Deponent enclosed a copy of same in a postpaid wrapper properly addressed to Recipient at Recipient's actual place of business at 654 BERGEN AVENUE, JERSEY CITY, NJ 07304 and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on 1/15/2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the party to be served.

That at the time of such service deponent knew the party so served as aforesaid to be the same party mentioned and described as the Recipient in this action.

Sworn to me on: JAN 1 5 2008

DAN KNIGHT

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6164647
Qualified in Kings County
Commission Expires April 30, 2011

ID: 08-000616   Client Reference: 70