USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x   Docket #
07CV10298

TYRONE DILLS,

               Plaintiff,

     -against-                             REVISED
                                       SCHEDULING ORDER

NEW HOPE URBAN RENEWAL LIMITED PARTNERSHIP
and THE COMMUNITY BUILDERS, INC.,

               Defendants.

---------------------------------------------------------------x

On June 30, 2008, the parties' joint application for an extension of time to complete fact discovery was granted.

The following Revised Scheduling Order is being submitted to the Court to reflect the above change.

1. All discovery is to be completed no later than August 29, 2008; the deadline for fact discovery has been extended to that date.

2. Any party proposing a motion shall submit a letter requesting a pre-motion conference no later than August 29, 2008.

3. A proposed joint consolidated pretrial order is to be filed by December 1, 2008.

4. Plaintiff's counsel is to advise Chambers by letter of the status of settlement discussions by August 29, 2008.

SO ORDERED:

Dated: New York, New York
     July 1 , 2008

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.