# Asher & Associates, P.C.
## Attorneys at Law

Roberta D. Asher
Ryan H. Asher
Stacy N. Baden
Robert J. Poblete

111 John Street
Suite 1200
New York, New York 10038
www.asherlaw.com

Tel 212.227.5000
Fax 212.227.7117

Richmond County Address
711 Forest Avenue
Staten Island, NY 10310

Tel 718.720.1500
Fax 718.720.1921

VIA ECF
August 29, 2008

The Honorable Loretta A. Preska
U.S. District Court - Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: Tyrone Dills v. New Hope Urban Renewal LP
Index #: 07CV10298

Your Honor:

As you are aware, this office represents the plaintiff Tyrone Dills in the above matter.

This letter is in response to the most recent case scheduling order that directed plaintiff to advise this Honorable Court of the status of settlement negotiations.

On August 18, 2008, we were advised by the adjuster for the defendants' insurance carrier that she is unable to evaluate this file and enter into settlement discussions until she receives the report from the independent medical examination.

Respectfully submitted,

Asher & Associates, P.C.

Roberta D. Asher (RA5936)

cc: VIA ECF
Lester, Schwab, Katz & Dwyer, LLP